

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| NORINE ETIENNE, | § | No. 08-12-00266-CR |
| Appellant, | § | Appeal from the |
| v. | § | 120th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC#20110D02683) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the judgment of conviction should be reformed to reflect that Appellant pleaded not guilty to the charged offense. We therefore affirm the judgment of the trial court as reformed. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 10TH DAY OF SEPTEMBER, 2014.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
Rivera, J., not participating